IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LEONARD CUSUMANO | Case No.: 07-cv-7436 (DLC) |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| -against- |  |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, JEFFREY and ALEXIA HAMILTON |  |
| Defendants. |  |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

Pursuant to Fed. R. Civ. P 41(a)(1), plaintiff Leonard Cusumano hereby dismisses the Complaint in its entirety as to all defendants.

Dated: October _29_, 2007

Leonard Cusumano, *pro se*
19 Elm Street
Massapequa, NY 11758
(516) 798-9606

So ordered.

*Judge Cote*
November 19, 2007